IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA, | ) ) | FILED: JUNE 13, 2008 |
| | ) | 08CV3431 |
| Plaintiffs, | ) | JUDGE MORAN |
| | ) No. | MAGISTRATE JUDGE DENLOW |
| v. | ) | |
| | ) | |
| JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS, | ) ) ) | TC |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR OVERTIME AND MINIMUM WAGE VIOLATIONS**

Plaintiffs IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA by and through their attorney, RONALD B. SCHWARTZ, brings this action against Defendants, JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq., the Illinois Minimum Wage Law, 820 ILCS §105/1 et seq.; and the Illinois Wage Payment and Collections Act, 820 ILCS 115/1 et seq.

**COUNT I (Fair Labor Standards Act)**

1. Plaintiff IGNACIO AGUIRRE (hereinafter "Aguirre") is an individual who resides in Round Lake Beach, Illinois, which is within this district.

2. Plaintiff JUAN LUIS MARTINEZ MORA (hereinafter "Martinez Mora") is an individual who resides in Round Lake Beach, Illinois, which is within this district.

3. Defendant JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. (hereinafter "Castle Gardens") is a corporation. Its registered agent is located at 91 Portside, McHenry, Illinois, which is in this district and it does business in this district.

4. Defendant ROBERT WILLIAMS (hereinafter "Williams"), an individual, is the president of Castle Gardens and at all times hereinafter mentioned, acted directly or indirectly in the interest of Castle Gardens in relation to its employees, and was an employer within the meaning of 29 U.S.C. §203 and 820 ILCS §105/3(c). He also does business in this district.

5. Jurisdiction of this action is conferred on this Court by 29 U.S.C. §216(b) and by 28 U.S.C. §1331 and §1337.

6. Plaintiffs at all times relevant to this action were engaged in commerce in or in the production of goods for commerce, or were handling, transporting, or otherwise working on goods that had been moved in or produced for commerce.

7. Defendants employed Plaintiffs in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. §203(s)(1)(A).

8. Venue for this action is appropriate under 28 U.S.C. §1391(a) because Castle Gardens does business within this District.

## FACTS

9. Aguirre and Martinez Mora were employed by Castle Gardens during April to November 2005, and during the months of February, March and April 2006.

10. During workweeks within the period set forth, Defendants employed Plantiffs and failed to compensate them at the federal minimum wage rate.

11. During workweeks within the period set forth, Defendants employed Plantiffs for periods exceeding 40 hours and failed to compensate them at the rate of one and one half times the rate at which they were regularly paid.

12. These violations of the minimum wage and overtime laws were willful.

13. Pursuant to the provisions of 29 U.S.C. §216 and 29 U.S.C. § 206, the Defendants are indebted to the Plaintiffs, Aguirre and Martinez Mora, for (1)unpaid overtime, (2) minimum wages, (3) an additional equal amount as liquidated damages, (4) as well as reasonable attorney's fees.

WHEREFORE, Plaintiffs IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA , pray for the following relief against Defendants JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS :

    A.    unpaid overtime and minimum wages;

    B.    an additional equal amount as liquidated damages with interest from the date of entry judgment;

    C.    costs and reasonable attorney's fees;

    D.    enter any other relief as this Court deems just and equitable.

### COUNT II (Illinois Minimum Wage Law)

14. Plaintiffs reallege paragraphs 1-4 of Count I as paragraph 14 of this Complaint.

15. Supplemental jurisdiction for this action arises under 28 U.S.C. §1367, since these claims are so related to the federal claims that they form part of the same case or controversy.

### FACTS

16. Defendants hired each of the Plaintiffs in Illinois and some of their work was performed in Illinois.

17. During multiple work weeks during the year of 2005 and 2006 Defendants employed Plaintiff Aguirre for work weeks longer than 40 hours and willfully failed to compensate him at the minimum wage rate required by Illinois law.

18. During multiple work weeks during the year of 2005 Defendants and 2006 Defendants employed Plaintiff Aguirre for work weeks longer than 40 hours and willfully failed to compensate him for employment in excess of 40 hours during such weeks at a rate not less than one and one-half times the regular rate at which he was employed.

19. During multiple work weeks during the year of 2005 and 2006 Defendants employed Plaintiff Martinez Mora for work weeks longer than 40 hours and willfully failed to compensate him at the minimum wage rate required by Illinois law.

20. During multiple work weeks during the year of 2005 and 2006, Defendants employed Plaintiff Martinez Mora for work weeks longer than 40 hours and willfully failed to compensate him for employment in excess of 40 hours during such weeks at a rate not less than one and one-half times the regular rate at which he was employed.

21. By virtue of the matters hereinafter alleged, 820 ILCS §105/4(a)(1), 820 ILCS §105/4a(1) and 820 ILCS §105/12(a), Defendants are indebted to Aguirre and Martinez Mora, for unpaid overtime, minimum wages and punitive damages in the amount of 2% per month of the outstanding balance and attorney's fees.

WHEREFORE, Plaintiffs IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA pray for the following relief against the Defendants, JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS :

    A.    unpaid overtime and minimum wages with interest from the date of entry of judgment and costs;

    B.    punitive damages in the amount of 2% per month of the amount of the unpaid overtime;

    C.    costs and reasonable attorney's fees; and

D.      enter any other relief as this Court deems just and equitable.

## COUNT III (ILLINOIS WAGE PAYMENT AND COLLECTION ACT)

22. Plaintiffs reallege paragraphs 1-4 of Count I and paragraph 15 of Count II as paragraph 21 of this Complaint.

23. Defendants hired each of the Plaintiffs in Illinois and some of their work was performed in Illinois.

24. During multiple work weeks during the year of 2005 and 2006 Defendants employed Plaintiff Aguirre for work weeks longer than 40 hours and failed to compensate him at the minimum wage rate required by Illinois law.

25. During multiple work weeks during the year of 2005 and 2006 Defendants employed Plaintiff Aguirre for work weeks longer than 40 hours and failed to compensate him for employment in excess of 40 hours during such weeks at a rate not less than one and one-half times the regular rate at which he was employed.

26. During multiple work weeks during the year of 2005 and 2006 Defendants employed Plaintiff Martinez Mora for work weeks longer than 40 hours and failed to compensate him at the minimum wage rate required by Illinois law.

27. During multiple work weeks during the year of 2005 and 2006, Defendants employed Plaintiff Martinez Mora for work weeks longer than 40 hours and failed to compensate him for employment in excess of 40 hours during such weeks at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiffs IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA pray for the following relief against the Defendants, JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS :

    A.    All unpaid wages due to them; and

    B.    enter any other relief as this Court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

Plaintiffs, by their attorneys, demand trial by jury as to all issues triable by jury in this case.

        Respectfully submitted,

        IGNACIO AGUIRRE and JUAN LUIS MARTINEZ MORA

        BY /s/ Ronald B. Schwartz
          Ronald B. Schwartz
          Their attorney

Ronald B. Schwartz
Katz, Friedman, Eagle, Eisenstein,
 Johnson & Bareck
77 West Washington Street, 20th Floor
Chicago, IL   60602-2983
Phone:  (312) 263-6330
Fax:  (312) 372-5555
L:\_RBS\_CLIENT\Aguirre, Ignacio\Complaint 6 13 2008.wpd