**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IGNACIO AGUIRRE and JUAN LUIS MARTIN MORA, Plaintiffs v. JUST RITE HOME SERVICES, INC. d/b/a CASTLE GARDENS, INC. and ROBERT WILLIAMS, Defendants. | FILED: JUNE 13, 2008<br>08CV3431<br>JUDGE MORAN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:    TC

IGNACIO AGUIRRE and JUAN LUIS MARTIN MORA, Plaintiffs

| |
|---|
| NAME (Type or print)<br>Ronald B. Schwartz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ronald B. Schwartz |
| FIRM<br>KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK, P.C. |
| STREET ADDRESS<br>77 W. Washington Street, Suite 2000 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128198 | (312) 263-6313 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐