*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:                        Assigned/Issued By:

Judge Name:                          Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

                 ☐ IFP        ☐ No Fee    ☐ Other _____

                 ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                           ☐ Alias Summons

☐ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                                     _____
☐ Citation to Discover Assets           *(Victim, Against and $ Amount)*

                                             ☐ Other
☐ Writ _____           _____
        *(Type of Writ)*                          _____
                                                   *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                                       *(Date)*

_____

_____